IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN T. DANIEL,

    Plaintiff,

v.

TERENCE KILPATRICK, et al.,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-88

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 11. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against all Defendants in their official capacities and all claims against the Georgia Department of Corrections and **DENIES** Plaintiff *in forma pauperis* status on appeal as to these dismissed claims. Plaintiff's excessive force, deliberate indifference, and retaliation claims against Defendants Rivera, Clark, Smith, and Kilpatrick remain pending. Doc. 12.

**SO ORDERED**, this 14th day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA