IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN T. DANIEL,

    Plaintiff,

v.

TERENCE KILPATRICK; TAMARSHA SMITH; CLARK; and RIVERA,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-88

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 52. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's claims against Defendant Rivera.

**SO ORDERED**, this 16th day of July, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA